UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| PNY TECHNOLOGIES, INC.,<br><br>           Plaintiff,<br>    v.<br>JOHN PARK,<br><br>           Defendant.<br>_____/ | No. 14-MC-80224 EMC (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred Plaintiff's Motion for Enforcement of Subpoena Duces Tecum, electronically filed on July 31, 2014, and all other discovery matters in this case, to the undersigned.

The Court **DENIES** the pending discovery motion without prejudice and directs the parties to comply with the procedures for addressing discovery disputes set forth in the court's standing order (attached). Those procedures require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer **in person**. If that procedure does not resolve the disagreement, the parties must file a joint letter brief instead of a formal motion. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter, the Court will evaluate whether further proceedings are necessary, including any further briefing or argument. Given the nature of the dispute, the letter brief may be eight pages.

MC 14-80224 EMC (LB)
NOTICE OF REFERRAL AND ORDER

**IT IS SO ORDERED.**

Dated: August 8, 2014

_____
LAUREL BEELER
United States Magistrate Judge